# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2015

Robert P. Young, Jr.,
Chief Justice

150556-7

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ROBERT FORD,
           Plaintiff-Appellant,

v

WOODWARD TAP, INC., d/b/a SOUTH,
           Defendant-Appellee,

and

RONALD TALLEY,
           Defendant.

_____/

SC: 150556-7
COA: 316694; 318008
Oakland CC: 2012-128348-NS

On order of the Court, the application for leave to appeal the October 21, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2015



Clerk

d0720